**Exhibit A to the Complaint**

**Location:** Fenton, MI  **IP Address:** 47.26.54.92
**Total Works Infringed:** 26  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A69B5CBA5BFE7BD57518DEA60420E71316869FBD | 08/10/2025 02:28:59 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 2 | 446305412487df30577480e4f9de584a9f33f17b | 07/27/2025 02:59:43 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 3 | 4291c71333751dc7460e00a26688745124f405c4 | 07/27/2025 02:52:18 | Tushy | 06/01/2025 | 06/09/2025 | PA0002534200 |
| 4 | 7f56c7e9b5cf1a0dfe0923d807cdf3ffc549d1fd | 07/27/2025 02:45:50 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 5 | 834868d0592771ca9b3828fd9bba6363167ebe60 | 07/27/2025 02:44:52 | Tushy | 07/20/2025 | 07/22/2025 | PA0002541682 |
| 6 | 8aedc0dbba11573daebbea28d662e992399a2bca | 07/27/2025 02:42:17 | Tushy | 06/29/2025 | 07/08/2025 | PA0002539165 |
| 7 | AC3357BA5A4BF22FF9CA74A9849D3D0E0BD023BF | 03/10/2025 02:46:38 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 8 | 364D65C8F7726A10E880CA7B43352A55565925EE | 12/06/2024 06:02:47 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 9 | 727f6e19b5ac2bc3690a251b3b14906538e75f26 | 11/21/2024 20:17:44 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 10 | 5821b492293fbea1e544890748c0744d8a5da956 | 11/20/2024 05:45:59 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 11 | e5753b9a8ac2e934cd7d582770001f2cc7dc62eb | 11/20/2024 05:45:57 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 12 | 799ED80CBF2179E79394FF6E7144E8648BD45679 | 11/20/2024 05:44:07 | Tushy | 10/06/2024 | 10/16/2024 | PA0002494765 |
| 13 | 47B34C001144F107BDC947898C4537779222F95D | 11/20/2024 05:43:08 | Tushy | 11/17/2024 | 12/13/2024 | PA0002506267 |
| 14 | 4FFEA7043F454FC05D3809AE2612DAA0E08548AA | 11/20/2024 05:42:23 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 15 | 8F5A8770206EC64786AB43B1E1D6DE45A06F1CB8 | 11/20/2024 05:41:37 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 16 | bcc18bd6272372f3cfc59a1be674f61c4788f0cb | 10/01/2024 05:44:07 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 72346c684333b29ba44a3ad510d50601209fc2ce | 07/05/2024 03:10:00 | Vixen | 11/25/2022 | 12/11/2022 | PA0002384729 |
| 18 | 6a657d7a60c3fe65bd5eac2e480fb8f4b2d3c04e | 06/29/2024 16:39:19 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |
| 19 | 59b1a42786e8230f66edcf4d4687672f1a0b1d8f | 06/29/2024 16:38:39 | Tushy | 11/13/2022 | 12/11/2022 | PA0002384758 |
| 20 | 7f344797fe7da07deb82cc2b088d48d1a454b0fc | 06/29/2024 16:35:20 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 21 | 358607127f1584c8bf3dae7d9b6de79ba4fbb7e7 | 06/29/2024 16:35:02 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 22 | e81bda7d65a3b9d98d416a2045ce13d6b730c8c5 | 06/29/2024 16:33:26 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 23 | B2D673DB4DB2FE02E13948D817F002625C590F3E | 03/18/2024 03:00:53 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 24 | E317B43293C4E8E7C1A193AF14FA547D90C9DFB5 | 03/18/2024 02:57:22 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 25 | 117B854063633E382FFEBD9C7C3267D61AB5F07F | 03/18/2024 02:56:10 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 26 | A2AD39B72922AD0A7D1250D7B917E88822B7E56D | 03/03/2024 05:06:08 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |